702 A.2d 1286

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v. SHAWN BERNARD MAHONE, DEFENDANT–RESPONDENT.

Argued November 18, 1997—Decided December 3, 1997.

*Steven J. Kaflowitz*, Assistant Prosecutor, argued the cause for appellant (*Thomas V. Manahan*, Union County Prosecutor, attorney).

*Cecelia Urban*, Assistant Deputy Public Defender, argued the cause for respondent (*Ivelisse Torres*, Public Defender, attorney; *Ms. Urban* and *Jeannie K. Phillips*, Designated Counsel, on the brief).

*Christine M. D'Elia*, Deputy Attorney General, argued the cause for amicus curiae, Attorney General of New Jersey (*Peter Verniero*, Attorney General, attorney).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Stern's opinion of the Appellate Division, reported at 297 *N.J.Super.* 524, 688 *A.*2d 658 (1997).

*For affirmance*—Chief Justice PORITZ, and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN and COLEMAN—7.

*Opposed*—None.